THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Rafael Clara-Rivera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL CLARA-RIVERA,<br><br>Defendant | Case No.: 2:09-CR-00166 MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date: May 21, 2009<br>Time: 9:00 a.m.<br>Judge: Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 21, 2009 at 9:00 a.m. be continued to June 4, 2009 at 9:00 a.m.in the same courtroom. Michael D. Anderson, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance due to a recent substitution of counsel and in order to continue review of discovery, and begin settlement negotiations.

It is further stipulated that the period from the date of this stipulation through and including June 4, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

///
///
///
///

**IT IS SO STIPULATED.**

DATE: May 19, 2009                    /s/ Thomas Johnson
                                      THOMAS JOHNSON
                                      Attorney for Defendant
                                      Rafael Clara-Rivera


DATE: May 19, 2009                    McGREGOR W. SCOTT
                                      United States Attorney

                              By:     /s/ Michael D. Anderson
                                      MICHAEL D. ANDERSON
                                      Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE