Thomas A. Johnson, SBN 119203
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone (916) 442-4022
Attorney for Rafael Clara-Rivera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAFAEL CLARA-RIVERA<br><br>        Defendant. | CASE NO. 2:09-CR-00166-MCE<br><br><br>DEFENDANT'S PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL |

Defendant, Rafael Clara-Rivera, requests that THOMAS A. JOHNSON, Law Office of Thomas Johnson, 400 Capitol Mall Suite, Sacramento, California, 95814, (916) 442 – 4022, be substituted as his attorney of record. Defendant wants to substitute Mr. Johnson in place of the court-appointed attorney, DENNIS WAKS. The request for substitution of counsel results from the Defendant's desire to have counsel of his own choice. Assistant United States Attorney, Michael D. Anderson, has been notified of the proposed substitution.


DATED: May 19, 2009        /s/ Thomas A. Johnson
                THOMAS A. JOHNSON


DATED: May 19, 2009        /s/ Dennis Waks
                DENNIS WAKS

**IT IS SO ORDERED.**

DATED:  May 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE