THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Rafael Clara-Rivera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>RAFAEL CLARA-RIVERA,<br><br>   Defendant | Case No. 2:09-CR-00166 MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE HEARING<br><br>Date:   July 2, 2009<br>Time:   9:00 a.m.<br>Judge:  Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Change of Plea Hearing scheduled for July 2, 2009 at 9:00 a.m. is to be continued to July 30, 2009 at 9:00 a.m. in the same courtroom. Michael D. Anderson, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance due to the inability of defense counsel to make the appearance.

It is further stipulated that the period from the date of this stipulation through and including July 30, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: July 1, 2009                    /s/ Thomas Johnson
                                      THOMAS JOHNSON
                                      Attorney for Defendant
                                      Rafael Clara-Rivera

STIPULATION AND ORDER         - 1 -

1  DATE:  July 1, 2009                                McGREGOR W. SCOTT
                                                      United States Attorney
2
                                          By:         /s/   Michael D. Anderson
3                                                     MICHAEL D. ANDERSON
                                                      Assistant U.S. Attorney
4

5       **IT IS SO ORDERED.**

6

7
   **DATED:** July 2, 2009
8

9   _____
    MORRISON C. ENGLAND, JR
10  UNITED STATES DISTRICT JUDGE